# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

SEALED

UNITED STATES OF AMERICA

v.

Serafin Zambada-Ortiz
aka "Sera"

FILED / RECEIVED  NOV 21 2013  CLERK U.S. DISTRICT COURT  DISTRICT OF ARIZONA  BY _____ C DEPUTY

**WARRANT FOR ARREST**

Case Number: 13cr3575-DMS

13-12639M-

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Serafin Zambada-Ortiz aka "Sera"
                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                                                    ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:952, 960, and 963 - Conspiracy to Import Methamphetamine and Cocaine
21:853 - Criminal Forfeiture

In violation of Title    See Above          United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                      Clerk of the Court
Name of Issuing Officer                     Title of Issuing Officer

D. Gilbert  /s/                             9/27/13   San Diego, CA
Signature of Deputy                         Date and Location

Bail fixed at $   No Bail                   by    The Honorable Nita L. Stormes
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

FILED

2013 SEP 27  PM 5:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury 

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. _____ |
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine and Cocaine; |
| SERAFIN ZAMBADA-ORTIZ, aka "Sera," | ) Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| Defendant. | ) |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including September 27, 2013, within the Southern District of California, and elsewhere, defendant SERAFIN ZAMBADA-ORTIZ, aka "Sera," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

ALB:nlv:San Diego
9/27/2013

## Criminal Forfeiture Allegations

1. The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendant SERAFIN ZAMBADA-ORTIZ, aka "Sera," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//

| | |
|---|---|
| 1 | it is the intent of the United States, pursuant to Title 21, |
| 2 | United States Code, Section 853(p), to seek forfeiture of any other |
| 3 | property of the defendant up to the value of the said property |
| 4 | listed above as being subject to forfeiture. |
| 5 | All in violation of Title 21, United States Code, Section 853. |
| 6 | DATED: September 27, 2013. |
| 7 | A TRUE BILL. |
| 9 | Foreperson |
| 10 | LAURA E. DUFFY |
| 11 | United States Attorney |
| 12 | By: |
| 13 | ADAM L. BRAVERMAN<br>Assistant U.S. Attorney |